# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CRIMINAL MINUTES - GENERAL

Case No.  17-MJ-1661                                    Date  June 29, 2017

Title  United States v. JOSE MANUEL URIBE-SEGURA

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**  (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☐ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☒ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☒ Ties to foreign countries

☒ Allegations in petition

☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SK (9/16)

## CRIMINAL MINUTES - GENERAL

Case No.  17-MJ-1661                                                       Date  June 29, 2017

Title  United States v. JOSE MANUEL URIBE-SEGURA

---

B.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒  Nature of previous criminal convictions

    ☒  Allegations in petition

    ☐  Substance abuse

    ☐  Already in custody on state or federal offense

    ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.